# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA LYNCH<br><br>        Plaintiff,<br><br>  vs.<br><br>USAA CASUALTY INSURANCE COMPANY, a Texas corporation; DOES I through X, inclusive.<br><br>        Defendant. | Case No. SACV 14-609-JLS (RNBx)<br><br>**JUDGMENT** |

In accordance with the Court's Order on Defendant USAA Casualty Insurance Company's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment (Doc. 75), judgment is granted in favor of Defendant USAA Casualty Insurance Company on all of the claims brought by Plaintiff Sandra Lynch.

Having granted summary judgment in favor of Defendant USAA Casualty Insurance Company, it is HEREBY ORDERED, ADJUDGED and DECREED that: Plaintiff Sandra Lynch take nothing and that the action be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 21, 2015

_____
Honorable Josephine L. Staton
United States District Judge